Argued and *submitted* May 10, affirmed June 2, 1993

JOYCE ALLEN,
*Appellant,*

*v.*

STATE OF OREGON,
*Respondent.*

(A9208-05888; CA A76895)

852 P2d 971

Garrett A. Richardson, Multnomah Defenders, Portland, argued the cause and filed the brief for appellant.

Amy E. Alpaugh, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Deits, Presiding Judge, and Riggs and Durham, Judges.

PER CURIAM

Affirmed. *State v. Rode,* 118 Or App 665, 848 P2d 1232 (1993).